```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                        ATHENS DIVISION
```

SPRATT HOWARD,                      *

       Petitioner,             *

vs.                                 *

                                       CASE NO. 3:12-CV-44 (CDL)

DENNIS BROWN, Warden,               *

       Respondent.             *

## ORDER ON RECOMMENDATION

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on December 6, 2012, is hereby approved, adopted, and made the Order of the Court. The Court also adopts the Magistrate Judge's recommendation that a Certificate of Appealability should be denied.

The Petitioner's "Motion for Reconsideration," which the Court construed as an objection, has been considered and is found to be without merit.

IT IS SO ORDERED, this 2nd day of January, 2013.

                                                s/Clay D. Land
                                                CLAY D. LAND
                                                UNITED STATES DISTRICT JUDGE